THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SCOTT WYSSLING, an individual,<br><br>Plaintiff,<br>v.<br><br>CHAD SWENSEN, an individual; VALKYRIE BRANDS, LLC, a Delaware Limited Liability Company; VALKYRIE GROUP, LLC, a Utah limited liability company; VALKYRIE GROUP, LLC, a Delaware limited liability company, and DOES 1-99,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER and NOTICE OF HEARING<br><br>Case No. 2:23-cv-00344-TC-DBP<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Before the court are several motions from Plaintiff Scott Wyssling. Plaintiff moves the court to substitute a party,[1] for a hearing on the motion to substitute a party,[2] seeks supplemental proceedings,[3] and moves the court for scheduling a hearing on Plaintiff's forthcoming motion to join or substitute parties under Federal Rule 25(c).[4] Plaintiff seeks a hearing date so the motion to substitute can be served together with notice of the hearing under Federal Rule 25(a)(3).

Based upon Plaintiff's Motions, and as a matter of judicial economy for the court and parties, the court hereby provides notice that it will hold Supplemental Proceedings and a Rule 25(c) hearing on Friday June 26, 2026, at 10:30 a.m. The hearing will be conducted via Zoom

---

[1] ECF No. 106.

[2] ECF No. 107.

[3] ECF No. 108.

[4] ECF No. 109.

and instructions are found at the conclusion of this order and notice. Based upon the upcoming hearing the court enters the following.

Plaintiff's Motion for Hearing on the Motion to Substitute Party is GRANTED.[5] The court will consider Plaintiff's Motion at the hearing set forth above.

Plaintiff's Motion for what is titled "Amended Scheduling Order" on the docket, but in reality, is an *ex parte* Motion to Schedule Hearing on Rule 25(c) Motion and Motion for Supplemental Proceedings is GRANTED.[6] The court will hold a hearing on the date and time set forth above.

Finally, the court GRANTS Plaintiff's *ex parte* Motion for Supplemental Proceedings.[7] Plaintiff may serve subpoenas that comply with the Rules on Judgment Debtors Chad Swensen and Valkyrie Brands. The court further orders as follows:

1. Chad Swensen and Valkyrie Brands are to appear at a deposition prior to the court's June 26, 2026, hearing and be prepared to give testimony on the following topics:

    a. The information reflected on Judgment Debtors' completed and executed copy of the Utah state court form (https://www.utcourts.gov/en/self-help/case-categories/consumer/judgment/supplemental-proceeding.html)) entitled, "Answers to Questions about Debtor's Property";

    b. The identity, value, amount, and location of any non-exempt real or personal property Judgment Debtors own that may be available to satisfy the Judgment, in whole or in part, not addressed in the aforementioned state court form;

    c. The identity, value, amount, and location of any real or personal property the Judgment Debtors transferred or otherwise disposed of to a third party or insider of Judgment Debtors after Judgment Creditors' claim against Judgment Debtors arose, which was approximately January 2021, through the present; and, what, if anything, Judgment Debtors received in return for such transfer or disposition of assets.

---

[5] ECF No. 107.

[6] ECF No. 109.

[7] ECF No. 108.

2.  Judgment Debtors are ORDERED to confer with Judgment Creditors within 14 days of the date of this Order to set a mutually agreeable date for deposition; and Judgement Debtors are FURTHER ORDERED to gather and produce the following categories of documents within twenty-one (21) days from the date of this Order:

    a.  A completed and executed copy of the Utah state court from (found at https://www.utcourts.gov/en/self-help/case-categories/consumer/judgment/ supplemental-proceeding.html) entitled, "Answers to Questions about Debtor's Property";

    b.  For the time frame January 2022, through the present, a copy of Judgment Debtors' monthly bank statements for any bank accounts or other financial accounts holding Judgment Debtors' cash or cash equivalents (including without limitation traditional bank accounts, digital bank accounts, brokerage accounts, online banks, or account apps such as Paypal, Venmo, etc.) held by Judgment Debtors;[8]

    c.  Judgment Debtors' tax returns (including all schedules) for years 2022-present;

    d.  Judgment Debtors' property ownership records, titles to any vehicles or other certificated personal property, and lists of inventory or assets;

    e.  Documents sufficient to identify all payments, distributions, or transfers of money or any other asset of Judgment Debtors to any insider as defined under Utah Code §25-6-102(8);

    f.  Any other documents belonging to Judgment Debtors sufficient to identify the identity, value, amount, or location of any real or personal property belonging to Judgment Debtors not already identified in the documents above.

3.  Pursuant to the Rules, Judgement Debtors are restrained from transferring, disposing, or interfering with any of their assets outside the normal needs to maintain life and pay any required bills.

4.  Finally, Plaintiff may seek discovery, including serving subpoenas related to Judgement Debtors assets. Plaintiff may also seek discovery from third parties utilized by Judgement

---

[8] This matter was filed in May 2023. The court is not persuaded at this time that Plaintiff needs documents from the beginning of 2021 as sought in the Motion.

Debtors. After the depositions of Judgment Debtors are completed, Plaintiff may also request discovery from Lana Swensen, and Blue Lions pursuant to the supplemental proceedings if it is closely related to Judgment Debtors. However, because they are not parties to this action currently, no restrictions are placed on their assets, and they may utilize the Rules to address any discovery requests.

IT IS SO ORDERED.


DATED this 16 April 2026.


_____

Dustin B. Pead
United States Magistrate Judge

4

Instructions for the upcoming Zoom hearing set for :

Join ZoomGov Meeting
https://www.zoomgov.com/j/16089553115

Meeting ID: 160 8955 3115
One tap mobile
+16692545252, 16089553115# US (San Jose)
+16692161590, 16089553115# US (San Jose)

Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 669 216 1590 US (San Jose)
        +1 646 828 7666 US (New York)
        +1 551 285 1373 US
Meeting ID: 160 8955 3115
Find your local number: https://www.zoomgov.com/u/abwNQLKOQW

Join by SIP
16089553115@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 8955 3115