THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SCOTT WYSSLING, an individual,<br><br>Plaintiff,<br>v.<br><br>CHAD SWENSEN, an individual; VALKYRIE BRANDS, LLC, a Delaware Limited Liability Company; VALKYRIE GROUP, LLC, a Utah limited liability company; VALKYRIE GROUP, LLC, a Delaware limited liability company, and DOES 1-99,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:23-cv-00344-TC-DBP<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

On June 26, 2026, the court held a supplemental proceeding and hearing on Plaintiff's efforts to collect on the judgment in this case. Despite receiving notice, Defendants failed to appear and give an accounting as to their assets. The court enters a separate order to show cause based on Defendants' failure to appear.

The court considered Plaintiff's Ex Parte Motion for Alternative Service at the hearing and finding good cause shown, that motion is GRANTED. Plaintiff may serve Blue Lion, LLC and Lana Swensen via alternative means as set forth in Plaintiff's Motion. The court will hold an additional supplemental proceeding hearing on July 30, 2026, at 10:30 am via Zoom. Those instructions are included below.

Also pending before the court is Plaintiff's Motion to Substitute Party.[1] Plaintiff is instructed to serve that Motion on Blue Lion, LLC and Lana Swensen along with a copy of this order via alternative means. The court will also address that motion at the hearing set for July 30, 2026. Finally, Plaintiff is instructed to file proof of service on Blue Lion, LLC and Lana Swensen.

IT IS SO ORDERED.

DATED this 26 June 2026.

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] ECF No. 106.

2

Instructions for the upcoming Zoom hearing set for July 30, 2026, at 10:30 a.m.

Join ZoomGov Meeting
https://www.zoomgov.com/j/16089553115

Meeting ID: 160 8955 3115
One tap mobile
+16692545252, 16089553115# US (San Jose)
+16692161590, 16089553115# US (San Jose)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 669 216 1590 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 551 285 1373 US
Meeting ID: 160 8955 3115
Find your local number: https://www.zoomgov.com/u/abwNQLKOQW

Join by SIP
16089553115@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 8955 3115